# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY BOOHER AND GEORGE KING, <br><br> Plaintiff, <br><br> v. <br><br> USE CREDIT UNION, *et al.*, <br><br> Defendants. | Case No.: 18-cv-00588-LAB-BLM <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS CLAIMS AGAINST EQUIFAX INFORMATION SERVICES LLC** |

For good cause shown, the joint motion to dismiss Plaintiff's claims against Defendant Equifax is **GRANTED**. These claims are **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: September 12, 2018

HONORABLE LARRY A. BURNS
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL

-1-