# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY BOOHER,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>USE CREDIT UNION, et al.,<br><br>　　　　　　　　Defendant. | Case No.: 18cv588-LAB (KSC)<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANT NATIONSTAR MORTGAGE, LLC** |

The joint motion to dismiss Plaintiff Melody Booher's claims against Defendant Nationstar Mortgage, LLC (Docket no. 58) is **GRANTED**. These claims are **DISMISSED WITH PREJUDICE**. Booher and Nationstar shall each bear their own costs and fees with respect to these claims. Although the joint motion refers in passing to a settlement agreement, the Court does not retain jurisdiction to interpret or enforce any settlement agreements between the parties.

**IT IS SO ORDERED**.

Dated: November 5, 2018

_Larry A. Burns_
Hon. Larry Alan Burns
United States District Judge