UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY BOOHER,<br><br>                      Plaintiff,<br><br>v.<br><br>USE CREDIT UNION, et al.,<br><br>                      Defendant. | Case No.: 18cv588-LAB (KSC)<br><br>**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

The joint motion to dismiss all remaining claims in this action (Docket no. 62) is **GRANTED**. Because all claims have been dismissed, this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: March 8, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge